UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Wakimi Joseph

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )   20 MAG 7671

Defendant **Wakimi Joseph** hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

s/ Wakimi Joseph by the Court with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Wakimi Joseph**
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

**Sanford Talkin**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/22/20
_____
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge